# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| CLAUDE EMILE,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>    Defendant. | Civil Action No. 15-cv-77-M-LDA |

## DEFENDANT WELLS FARGO BANK, N.A.'S *ASSENTED-TO* MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

  Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), with the assent of Plaintiff Claude Emile ("Plaintiff"), move this Court to issue an Order extending the deadline to file dispositive motions to December 21, 2018 so that the Parties can continue to explore potential resolution of this matter. As grounds for this joint request, Wells Fargo states the following:

  As indicated in Wells Fargo's previous Motion to Extend Dispositive Motion Deadline (filed October 22, 2018, *see* ECF No. 33), Wells Fargo is reviewing an offer by a third-party, Boston Community Capital ("BCC") to purchase the mortgaged property by way of a short sale. Wells Fargo's undersigned counsel learned, subsequent to the filing of Wells Fargo's previous Motion to Extend, that an updated appraisal of the property was required for Wells Fargo to render a decision on the propose short sale. The appraisal has been completed, and according to correspondence from Wells Fargo to Plaintiff, a decision on the short sale offer is expected within two to three weeks after November 8, 2018. If Wells Fargo accepts the proposed short sale, the Parties will be in a position to resolve this litigation. Accordingly, Wells Fargo

respectfully submits that there is good cause to extend the dispositive motion deadline for thirty (30) days, up through and including December 21, 2018.

      Wells Fargo's request is not being made for the purpose of delay, but rather to allow the short sale review process to be completed and to afford the Parties time to discuss alternative settlement proposals should the short sale offer be rejected.  Extending the deadline will also conserve the resources of the Parties (and this Court) and potentially avoid the need for further litigation.  Plaintiff, through her counsel, has assented to the requested extension of time.

      WHEREFORE, based on the foregoing, Defendant Wells Fargo Bank, N.A. respectfully requests that this Court grant its Assented-To Motion and enter an Order extending the deadline for filing dispositive motions to December 21, 2018.

      Respectfully submitted,

      Defendant,
      Wells Fargo Bank, N.A.

      By its Attorney,

      /s/ *Michael E. Jusczyk*
      Michael E. Jusczyk (Bar# 7791)
      Seyfarth Shaw LLP
      Two Seaport Lane, Suite 300
      Boston, MA 02210-2028
      Telephone:  (617) 946-4800
      Email: mjusczyk@seyfarth.com

      Dated: November 21, 2018

## **CERTIFICATE OF SERVICE**

      I, Michael E. Jusczyk, hereby certify that this document has been filed electronically and is available for viewing and downloading from the ECF system.  I further certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 21, 2018.

                                                /s/ *Michael E. Jusczyk*
                                                  Michael E. Jusczyk